[No. 13475-6-II. Division Two. November 9, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. BARTON FOREST DONLEAVY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 89-1-00362-4, Alan R. Hallowell, J., entered September 28, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.

[No. 13118-8-II. Division Two. November 9, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY ANTHONY EDWARDS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-1-00320-3, J. Kelley Arnold, J., entered July 31, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Morgan, J.

[No. 13411-0-II. Division Two. November 9, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL BRIAN MURPHY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 89-1-00433-7, Don L. McCulloch, J., entered November 2, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Morgan, J.